UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-62030-LEIBOWITZ/AUGUSTIN-BIRCH

**MICHAEL LAPIDUS**,

    *Plaintiff*,

v.

**BARBELL APPAREL, LLC**,

    *Defendant*.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion to Remand to State Court (the "Motion") [ECF No. 5], filed on October 31, 2024. Upon review of the docket, it appears that Plaintiff's response to the Motion was due on November 14, 2024. To date, however, Plaintiff has failed to file a response. Pursuant to Rule 7.1(c)(1) of the Local Rules for the Southern District of Florida, failure to respond "may be deemed sufficient cause for granting the motion by default." Accordingly, it is hereby **ORDERED AND ADJUDGED** that **on or before November 19, 2024**, Plaintiff shall show cause why the Motion should not be granted by default. In the alternative, Plaintiff shall file a response in opposition to the Motion by the same date.

**DONE AND ORDERED** in the Southern District of Florida on November 15, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record